IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILBERSON SEVERE DALICIER, | : | Civil No. 1:24-CV-01738 |
| Plaintiff, | : | |
| v. | : | |
| PATRIOT FEDERAL CREDIT UNION, | : | |
| Defendant. | : | Judge Jennifer P. Wilson |

## ORDER

Before the court is the report and recommendation of Chief United States Magistrate Judge Daryl F. Bloom recommending that the court dismiss Plaintiff's complaint with prejudice. (Doc. 6.) Chief Judge Bloom also recommends that this court direct Plaintiff to show cause why the court should not issue a prefiling injunction against him, which would prohibit him from filing litigation regarding his credit application denials without paying the filing fee. (*Id.*) No party has filed objections to the report and recommendation, resulting in the forfeiture of de novo review by this court. *Nara v. Frank*, 488 F.3d 187, 194 (3d Cir. 2007) (citing *Henderson v. Carlson*, 812 F.2d 874, 878–79 (3d Cir. 1987)).

Following an independent review of the report and record, and affording "reasoned consideration" to the uncontested portions of the report, *EEOC v. City of Long Branch*, 866 F.3d 93, 100 (3d Cir. 2017) (quoting *Henderson*, 812 F.2d at 879), to "satisfy [the court] that there is no clear error on the face of the record,"

Fed. R. Civ. P. 72(b), advisory committee notes, the court finds that Judge Bloom's analysis is well-reasoned and fully supported by the record and applicable law.

Accordingly, **IT IS ORDERED THAT**:

1) The report and recommendation, Doc. 6, is **ADOPTED IN PART**.

2) Plaintiff's complaint, Doc. 1, is **DISMISSED WITH PREJUDICE**.

3) The court **DECLINES TO ADOPT** the recommendation to issue a show cause order regarding a prefiling injunction against Plaintiff because the court has already issued such an order in another case filed by Plaintiff. *See Dalicier v. Members 1ˢᵗ FCU*, No. 24-cv-1737, Docs. 9 & 10 (M.D. Pa. Jan. 31, 2025). An additional show cause order would simply be duplicative.

4) The Clerk of Court is directed to close this case.

s/Jennifer P. Wilson<br>
JENNIFER P. WILSON<br>
United States District Judge<br>
Middle District of Pennsylvania

Dated: February 6, 2025